IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAAALDIN ALFONS BOM,<br><br>Defendant. | No. 3:25-mj-00664-KFR |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Alexandra, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a SA with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF).

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been employed as a Special Agent by the ATF since September of 2023. Moreover, I am currently assigned to the Anchorage Field Office, Seattle Field Division. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ATF National Academy, where I received training on firearms and narcotics investigations. Since becoming a Special Agent with the ATF, I have participated in federal investigations involving firearm traffickers, felons in possession of firearms and ammunition, dealing firearms without a license, possession of stolen firearms, and the use of firearms in furtherance of drug trafficking crimes. As an ATF Special Agent, I am charged with the duties of investigating violations of the criminal laws of the United

States, including investigating violations of 18 U.S.C. § 933 transferring a firearm if they know or have reasonable cause to believe the use, carrying, possession, or receipt would constitute any Federal or state felony, 18 U.S.C. § 922(g)(1) felon in possession of a firearm or ammunition, 21 U.S.C. § 841(a)(1), distribution of controlled substances, and 18 U.S.C. § 924(c), possessing a firearm in furtherance of drug trafficking.

3. I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that ALAAALDIN ALFONS BOM has committed the following federal criminal offenses:

> **Count 1**: That on or about July 17, 2025, within the District of Alaska, the defendant, ALAAALDIN ALFONS BOM, distributed a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl] propenamide, commonly known as fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).
> **Count 2**: That on or about August 21, 2025, within the District of Alaska, the defendant, ALAAALDIN ALFONS BOM, distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl] propenamide, commonly known as fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).
> **Count 3**: That on or about August 26, 2025, within the District of Alaska, the defendant, ALAAALDIN ALFONS BOM, distributed a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl] propenamide, commonly known as fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).
> **Count 4**: That on or about August 26, 2025, within the District of Alaska, the defendant, ALAAALDIN ALFONS BOM, carried a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. 924(c)(1)(A).
> **Count 5**: That on or about August 26, 2025, within the District of Alaska, the defendant, ALAAALDIN ALFONS BOM, illegally possessed a firearm, in violation of 18 U.S.C. § 922(g)(1).

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because the

affidavit is intended to establish probable cause to support a complaint and secure an arrest warrant, I have not included each and every fact known to me concerning this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

5. In June 2025, the ATF Anchorage Field Office initiated a drug trafficking investigation concerning Alaaaldin Alfons BOM.

6. BOM was previously convicted on July 14, 2022, of Robbery in the First Degree – Armed with a Deadly Weapon (AS11.41.500(a)(1)), a serious violent felony punishable by imprisonment for more than one year, in case number: 3AN-19-05435CR. BOM was also charged with Burglary and Manslaughter in that matter. BOM is currently on probation for that felony conviction. Because of that felony conviction, BOM is prohibited, and knew he was prohibited, from possessing firearms and ammunition.

7. On July 17, 2025, in Anchorage, Alaska, BOM sold approximately 33 grams of a mixture and substance containing a detectible amount of fentanyl to another person.

8. On August 21, 2025, in Anchorage, Alaska, BOM sold approximately 57 grams of a mixture and substance containing a detectible amount of fentanyl to another person. During the transaction, the person asked to purchase a firearm from BOM. BOM responded that he had a 10mm Glock pistol, but it was not for sale. BOM stated he had other firearms in addition to the Glock pistol that he would possibly be willing to sell.

9. On August 26, 2025, in Anchorage, Alaska, BOM sold approximately 30 grams of a mixture and substance containing a detectible amount of fentanyl and a firearm to another person.

Affidavit in Support of Criminal Complaint
3:25-mj-00664-KFR        Page 3 of 4
Case 3:25-cr-00069-SLG-KFR   Document 1-1   Filed 10/27/25   Page 3 of 4

10. During the August 26, 2025, fentanyl sale, BOM removed a 10mm Glock pistol from his waistband, removed a loaded magazine, and handed the pistol to the purchaser who was able to observe the serial number on the Glock. The purchaser inquired about purchasing the firearm and BOM stated it was his personal firearm, and it was not for sale.

11. A trace of the firearm's serial number confirmed the firearm traveled in interstate commerce because Glocks are not manufactured in the state of Alaska.

## CONCLUSION

12. For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that ALAAALDIN ALFONS BOM has committed the offenses described in the attached complaint. Accordingly, I ask the Court to issue the complaint and a warrant for ALAAALDIN ALFONS BOM's arrest in accordance with Federal Rule of Criminal Procedure 4(a).

RESPECTFULLY SUBMITTED,

ALEXANDRA SCARBER
Digitally signed by ALEXANDRA SCARBER
Date: 2025.10.25 15:37:32 -08'00'

Alexandra Scarber
SA
Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 on October 25, 2025.

THE HON. KYLE F. REARDON
U.S. Magistrate Judge
DISTRICT OF ALASKA

Affidavit in Support of Criminal Complaint
3:25-mj-00664-KFR        Page 4 of 4
Case 3:25-cr-00069-SLG-KFR   Document 1-1   Filed 10/27/25   Page 4 of 4